```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------x

MIN KYUNG KU,

                    Plaintiff,              MEMORANDUM & ORDER
                                             20-CV-3486(EK)(TAM)
          -against-

MB GALLERY INC. and JIN KANG,

                    Defendants.

-------------------------------------x
```

ERIC KOMITEE, United States District Judge:

The Court has received Magistrate Judge Merkl's Report and Recommendation (R&R) dated July 6, 2022. ECF No. 29. Judge Merkl recommends that Plaintiff's request to dismiss this case under Federal Rule of Civil Procedure 41(a)(2) be granted. Neither party has filed objections, and the time to do so has expired. *See* Fed. R. Civ. P. 72(b) advisory committee's note to 1983 addition; *accord State Farm Mut. Auto. Ins. Co. v. Grafman*, 968 F. Supp. 2d 480, 481 (E.D.N.Y. 2013). Having reviewed the record, I find no clear error and therefore adopt the R&R in its entirety. Thus, this case is dismissed.

SO ORDERED.

　　　　　　　　　　　　　　　　　　　/s/ Eric Komitee
　　　　　　　　　　　　　　　　　　ERIC KOMITEE
　　　　　　　　　　　　　　　　　　United States District Judge

Dated:    September 30, 2022
          Brooklyn, New York